| UNITED STATES DISTRICT COURT DISTRICT OF NEW MEXICO ||||||
|---|---|---|---|---|---|
| Before the Honorable STEPHAN M. VIDMAR ||||||
| CRIMINAL CLERK'S MINUTES at Las Cruces ||||||
| Case Number: | **22-1449 MJ** | Date: | **9/21/22** | Recording Information: | **LCR-SIERRA BLANCA** |
| Clerk: | **REBECCA HELMICK** | Type of Hearing: || **INITIAL APPEARANCE/ PRELIMINARY/DETENTION** ||

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **SHAH MAHMOOD SELAB** | **FRANCISCO VALCARCEL** | ☒ | ☐ |
| **(All parties appearing via Zoom)** | | ☐ | ☐ |
| Assistant U.S. Attorney: **JONI STAHL** | PASHTO Interpreter: **NAIM SAIDI** | | |
| Pretrial Officer: **MONICA HOYLE** | Court in Session: **9:50-10:04 A.M.   14 MIN** | | |

| | |
|---|---|
| ☐ | Agent sworn in open Court |
| ☐ | Court questions Defendant regarding his/her physical and mental condition, age, education |
| ☒ | Court advises Defendant(s) of possible penalties and all constitutional rights |
| ☐ | ORAL Motion for Detention Hearing by Government |
| ☐ | Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing |
| ☒ | Waiver of preliminary hearing & right to grand jury presentment filed in open court |
| ☐ | Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing |
| ☐ | Set for show cause/detention on 9/26/2022 at 9:00 A.M. |
| ☒ | Defendant in custody |
| ☐ | Conditions of Release continued on Page 2 |
| ☒ | Other:   ATTORNEY KELLY O'CONNELL HAS FILED A MOTION TO SUBSTITUTE AS COUNSEL; MOTION TO CONTINUE DETENTION HEARING GRANTED; MATTER WILL BE RESET WHEN THE INTERPRETER IS AVAILABLE; DEFENDANT DETAINED PENDING HEARING |